UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KEVIN MILLER,                  )
                               )
          Plaintiff            )     1:07-CV-00592 OWW TAG
                               )
     v.                        )
                               )
CITY OF SACRAMENTO,            )     ORDER TRANSFERRING CASE
                               )     TO SACRAMENTO DIVISION
                               )
          Defendant            )
_____)

    It appearing that proper venue of this matter is within the Sacramento division of this court;

    IT IS HEREBY ORDERED that this matter be transferred to the United States District Court for the Eastern District of California at Sacramento.

Dated: 4/19/07                      /s/ Oliver W. Wanger
                                    _____
                                    OLIVER W. WANGER
                                    United States District Judge

1